UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 01388
   RUBEN A CASTANEDA
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1641

----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 01/18/2005 and was confirmed 05/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was converted to chapter 7 after confirmation 03/31/2008.
----------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 9500.00 | 871.22 | 9500.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 4181.39 | .00 | 616.06 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ANNA CASTANEDA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE CARD SERVICES | UNSECURED | 1231.65 | .00 | 181.45 |
| ECAST SETTLEMENT CORP | UNSECURED | 1695.55 | .00 | 249.81 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| JP MORGAN CHASE | UNSECURED | 7165.75 | .00 | 1055.74 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFREY M LEVING | UNSECURED | 6038.50 | .00 | 889.66 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 460.91 | .00 | 56.60 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 2914.63 | .00 | 429.42 |
| RESURGENT ACQUISITION LL | UNSECURED | .00 | .00 | .00 |
| KOFKIN SPRINGER & SCHEIN | DEBTOR ATTY | 2,694.00 | | 2,694.00 |
| TOM VAUGHN | TRUSTEE | | | 943.88 |
| DEBTOR REFUND | REFUND | | | 12.16 |

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 17,500.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 9,500.00 |
|    INTEREST | | 871.22 |
| UNSECURED | | 3,478.74 |
| ADMINISTRATIVE | | 2,694.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 01388 RUBEN A CASTANEDA

```
TRUSTEE COMPENSATION                                      943.88
DEBTOR REFUND                                              12.16
                         ----------------    ----------------
TOTALS                       17,500.00           17,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 06/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE